UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MORRIS STEVEN VOSKANIAN,

     Plaintiff,

         v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

Defendant.

No. 2:22-cv-08418-E

[PROPOSED] JUDGMENT

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   7/12/23

               /S/ CHARLES F. EICK
           HON. CHARLES F. EICK
           UNITED STATES MAGISTRATE JUDGE