Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626)795-0681
Facsimile: (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS STEVEN VOSKANIAN, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 2:22-cv-08418-E <br><br> **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of $1,700.64 (One Thousand, Seven Hundred Dollars and Sixty-Four Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 9/5/2023

/s/ Charles F. Eick
_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE